AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Narces BENOIT,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 13-8116-WM |

FILED by _____ D.C.

FEB 2 8 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/15/2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) | Possession with Intent to Distribute Controlled Substances; in wit, marijuana and heroin. |
| 18 U.S.C. §§ 922(g)(1), 924(a)(1) and 924(c), | Possession of a Firearm in Furtherance of Drug Trafficking |

This criminal complaint is based on these facts:

See attached affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer Richard Silva.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Task Force Officer Richard Silva
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/28/2013__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge William Matthewman
*Printed name and title*

## AFFIDAVIT

## Case No. 13-8116-WM

I, RICHARD SILVA, being duly sworn do solemnly swear and depose that:

### Introduction

1. I have been employed by the Palm Beach County Sheriff's Office since 2004. Since January 2011, I have been assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title18, United States Code, Chapter 44).

2. This affidavit is based upon my personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians. This affidavit does not contain every fact of this investigation, only the information believed necessary to support a finding of probable cause to arrest Narces BENOIT for Possession With Intent to Distribute Controlled Substances, to wit, marijuana, Possession of a Firearm by a Convicted Felon, and Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), respectively.

### Facts in Support of Probable Cause

3. On February 15, 2013, at 7:00 pm, a lawful search warrant was executed at 5789 Bermuda Circle East, West Palm Beach, an area your affiant knows to be located in Palm

Beach County and the Southern District of Florida, by the Palm Beach County Sheriff's Office (PBSO) SWAT team.

4. Deputy Sheriff (D/S) Adam Lin rode with SWAT deputies in their SWAT vehicle and pointed out the target location. All Sheriff's Office personnel were dressed in PBSO tactical uniforms, prominently displaying the word "SHERIFF" on their protective apparel. As D/S Lin arrived at the target location, he observed a male, later identified as the defendant, Narces BENOIT (BENOIT), wearing a black jacket, red shorts, white t-shirt and black shoes, standing in front of 5789 Bermuda Circle East in close proximity to a 1997 Purple Toyota Camry parked in reverse (backed-in) in the driveway area of the residence. As PBSO SWAT members approached BENOIT in the course of attempting to execute the search warrant at 5789 Bermuda Circle East, they directed him to lay down in the prone position. D/S Lin observed BENOIT toss a black bag with his right hand underneath the Toyota Camry.

5. Due to officer safety reasons relating to the execution of the search warrant at the residence outside of which BENOIT was standing, as well as BENOIT's suspicious behavior in discarding and attempting to hide the black bag when he (BENOIT) perceived law enforcement, BENOIT was detained. The defendant was identified by his Florida Identification card as Narces BENOIT. Deputy Sheriff (D/S) Valencia escorted BENOIT to the rear of a marked patrol vehicle, where he was read his <u>Miranda</u> warnings from a standard PBSO <u>Miranda</u> advise of rights card. BENOIT acknowledged that he understood his rights. D/S Valencia asked BENOIT if there was anything illegal on his person and BENOIT replied that he had a small amount of marijuana in his left side

pocket of his shorts. D/S Valencia retrieved a clear sandwich bag from the left pocket of his shorts, which contained suspected marijuana.

6. In BENOIT's right front pocket of his shorts D/S Valencia located US currency that was rolled in a "dealer roll". Based on D/S Valencia's training and experience in narcotic investigations, the currency was consistent with proceeds from narcotics sales. US currency in different dominations are as follows: (2) $20.00, (11) $5.00 and (6) $1.00, total amount of $101.00.

7. D/S Valencia located a pack of Newport cigarettes in BENOIT's front left pocket which contained a plastic wrapper that had 3 clear capsules filled with a powder brown in color and a small pink baggie. The pink baggie contained a white residue, what appeared to be suspected cocaine.

8. Inside BENOIT's black wallet D/S Valencia located (20) $20.00 and (12) $2.00 bills, total amount $424.00.

9. D/S Valencia located what appeared to be a large black in color bag underneath the vehicle. Near the bag D/S Valencia noticed a large plastic sandwich bag which contained numerous small 1" x 2" baggies containing a green leafy substance which, based on his training and experience, appeared to be suspected marijuana. Inside the black jewelry bag, in plain view, D/S Valencia observed a large amount of suspect marijuana packaged separately.

10. As D/S Valencia was on scene he conducted a field test on all of the suspect marijuana utilizing a Duquenois reagent kit, which tested positive for THC, confirming his visual observation of the green-leafy substance as marijuana. There were two different types of marijuana packaged; marijuana packaged in 1"x2" small baggies which totaled 179

3

baggies. The other marijuana was packaged in a clear sandwich bag, which totaled 19 sandwich bags.

11. D/S Valencia noted that the sandwich bags located on BENOIT's person were the same type of clear sandwich bag found in the black bag-like container. The total amount of marijuana weighed 408 grams.

12. D/S Valencia tested the white suspect cocaine utilizing a Cobalt test kit, which tested positive for cocaine. The baggie weighed 0.5 grams. D/S Valencia tested the white/ tan substance inside the clear tablets utilizing a methamphetamine test kit, which tested positive for methamphetamine.

13. D/S Valencia once again made contact with BENOIT where, in a recorded interview acknowledging his earlier advise of Miranda warning, BENOIT stated the marijuana underneath the vehicle belonged to him, and advised that he had tossed the black bag, which BENOIT stated was actually a "hoodie," as SWAT members began to arrive. BENOIT explained that he had approximately a "QP" or "Quarter Pound" marijuana. BENOIT explained that he was sitting in the car prior to the SWAT team arriving because it was cold outside.

14. BENOIT advised that he sells marijuana as he possesses a felony conviction which inhibits him from obtaining a job. BENOIT advised that the marijuana inside the vehicle on the passenger seat belonged to him. BENOIT informed D/S Valencia that underneath the passenger seat was a 9mm firearm he had recently purchased on the street "for protection." BENOIT advised that the vehicle belongs to his girlfriend who had given him permission to drive it.

4

15. PBSO Detective Grindey obtained a lawful state search warrant for the purple '97 Toyota Camry in addition to the previously-obtained search warrant for the residence (5789 Bermuda Circle East) for illegal narcotics and firearms. D/S Valencia entered the purple, 1997 Toyota Camry and observed, underneath the passenger seat of the vehicle, just as BENOIT had advised, a Springfield Armory, Model XD-9, 9mm, semi-automatic pistol, serial number XD179098), loaded with 10 rounds of 9mm rounds of Speer ammunition in its magazine.

16. D/S Valencia observed a large black plastic grocery bag on the front passenger seat which contained a large plastic sandwich bag, a digital scale, empty sandwich bags and numerous small empty 1"x 2" baggies.

17. D/S Valencia tested the suspected marijuana utilizing a Duquenois reagent kit, which tested positive for THC. The total weight of the marijuana was 132 grams. D/S Valencia also noticed a document addressed to BENOIT, issued by the Circuit Court of the Fifteenth Judicial Court. The document read, "State of Florida Department of Revenue v. BENOIT". The vehicle had men's clothing scattered on the back seat of the vehicle and a black Galaxy cell phone in the center console.

18. On February 15, 2013, BENOIT was arrested by the Palm Beach County Sheriff's Office for Possession of marijuana with intent to sell within 1000 feet of a worship center, Tampering with evidence, Possession of cocaine and Possession of Methamphetamine. A check with the Palm Beach County Jail reveals that BENOIT was released on February 16, 2013.

19. In addition to the defendant's admission that he was a convicted felon, your affiant notes that an NCIC criminal history reveals at least the following prior felony convictions, for offenses punishable under Florida law for a term exceeding one year:

   a. On August 6, 1996, the defendant was adjudicated guilty of Robbery, in Palm Beach County Circuit Court (PBCCC) Case No. 96-5957-CFB02;

   b. On December 16, 1996, the defendant was adjudicated guilty of Burglary of a Conveyance, in PBCCC Case No. 96-2011733-CFA02;

   c. On May 10, 1999, the defendant was adjudicated guilty of Grand Theft Auto, in PBCCC Case No. 99-3107-CFA02;

   d. On July 18, 2002, the defendant was adjudicated guilty of Possession of Cocaine, in PBCCC Case No. 02-5870-CFA02; and,

   e. On October 10, 2003, the defendant was adjudicated guilty of Fleeing and Eluding (high speed), Burglary of a Structure, and Possession of Cocaine, in PBCCC Case No. 02-13051-CFA02.

20. On February 21, 2013, ATF Special Agent Michael Kelly, an ATF Interstate Commerce Nexus Expert for ATF, examined photographs of the aforementioned Springfield XD pistol and its accompanying 10 rounds of Speed 9mm ammunition, and determined on the basis of his training, experience, and the distinctive manufacturers' markings on said items, that both the firearm and ammunition were manufactured outside the State of Florida, in Croatia and Idaho, respectively, and that therefore, by their subsequent recovery in the State of Florida, such traveled in and affected interstate and/or foreign commerce.

21. Wherefore, on the basis of the foregoing facts, your affiant submits that probable cause exists to charge defendant Narces BENOIT with violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Sections 922(g)(1), 924(a)(1), and 924(c).

FURTHER YOUR AFFIANT SAITH NAUGHT.

                                          Respectfully submitted,

                                          RICHARD SILVA
                                          Task Force Officer
                                          Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED TO AND SWORN BEFORE
ME THIS 28TH DAY OF FEBRUARY, 2013,
AT WEST PALM BEACH, FLORIDA.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8116-WM

UNITED STATES OF AMERICA

vs.

NARCES BENOIT,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        JOHN C. McMILLAN, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Admin. No. A5500228
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        John.McMillan@usdoj.gov